## JOHN M. BURKE

    Attorney at Law                                                           26 Court Street - Suite 2805
                                                                                   Brooklyn, New York 11242
                                                                                   Tel: (718) 875-3707
                                                                                   Fax: (718) 875-0053

                                                                                   February 19, 2019

Honorable Kiyo Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y 11201
                              Re.: <u>United States</u> v. <u>Trish Lum</u>
                                       17 CR 404 (KAM)

Dear Judge Matsumoto:

      I am writing on behalf of my client Trish Lum to request that her chang of plea hearing scheduled for February 22, 2019 be withdrawn from the calendar. Ms. Lum is not prepared to enter a guilty plea at this time. Ms. Lum agrees to exclude speedy trial time until the next scheduled Court appearance on May 8, 2019. Thank you for your time and consideration in this matter.

                                                                               Respectfully yours,

                                                                               s/
JB/dw                                                                     JOHN BURKE
                                                                              Attorney for Trish Lum