## JOHN M. BURKE

    Attorney at Law                              26 Court Street - Suite 2805
                                                                 Brooklyn, New York  11242
                                                                 Tel: (718) 875-3707
                                                                 Fax: (718) 875-0053

February 21, 2019

Honorable Kiyo Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

                               Re.:    United States v. Trish Lum
                                           17 CR 404 (KAM)

Dear Judge Matsumoto:

     I am writing on behalf of my client, Trish Lum to request that her severance motion and any other pretrial motions be withdrawn. Thank you for your time and consideration in this matter.

                                                               Respectfully Yours

                                                               s/
                                                               JOHN BURKE
                                                               Attorney for Trish Lum